1074

[No. 49855-0-I. Division One. December 23, 2002.]

NANCY W. ROGERS, ET AL., *Appellants*, v. EDWIN E. OLIVER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-15382-1, Linda Lau, J., entered December 10, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49999-8-I. Division One. December 23, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. M.L., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-8-04949-8, Dale B. Ramerman, J., entered January 2, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50212-3-I. Division One. December 23, 2002.]

ANITA M. MCENTYRE, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-18503-9, Janet E. Garrow, J. Pro Tem., entered February 4, 2002. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Agid, JJ.

[No. 50302-2-I. Division One. December 23, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. BARCLAY WEBSTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-8-04366-0, Dale B. Ramerman, J., entered April 17, 2002. *Affirmed* by unpublished per curiam opinion.